ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Exelis Systems Corporation | ) ASBCA Nos. 58919, 58920 |
| | ) |
| Under Contract No. W91RUS-06-C-0029 | ) |

APPEARANCES FOR THE APPELLANT:   Steven M. Masiello, Esq.
Kelly P. Garehime, Esq.
  McKenna Long & Aldridge LLP
Denver, CO

APPEARANCE FOR THE GOVERNMENT:   E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 23 June 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58919, 58920, Appeals of Exelis Systems Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals